# Court of Appeals
# of the State of Georgia

ATLANTA, December 28, 2012

*The Court of Appeals hereby passes the following order*

**A13D0152. WENDY SAMPSON v. WELLS FARGO BANK, N.A. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12CV3204



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, December 28, 2012.*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*